UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-20058-CIV-SEITZ/O'SULLIVAN

CHARLES AURITT et al.,

    Plaintiffs,

vs.

WATERBOY SPRINKLER SPECIALISTS,
INC. et al.,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court following notice that the parties have reached a settlement. See Notice of Settlement (DE# 31, 10/25/10). Accordingly, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to Lynn Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Friday, October 29, 2010**, at **9:45 a.m.**, at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. **The parties shall promptly notify the undersigned's Chambers if they wish to attend this hearing by telephone.**

**DONE AND ORDERED** in chambers at Miami, Florida this **26th** day of October, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record